# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: **XAVIER BIONACA WHITEHEAD,**         )         Case No. 08-33667-DOT
          Debtor.                              )         Chapter 13
                                               )

## ORDER VACATING DISCHARGE

This matter came before the Court on June 19, 2013, upon the Debtor's Motion to Vacate the Order of Discharge in this case. Counsel for the Debtor was present.

**UPON CONSIDERATION WHEREOF**, it appearing to the Court that the Debtor filed her Chapter 13 bankruptcy case on August 1, 2008; and

IT APPEARING that the Debtor successfully completed her plan payments, and then inadvertently signed and filed a Certification of Compliance with 11 U.S.C. Section 1328 on April 22, 2013, resulting in Debtor's case being discharged on May 22, 2013; and

IT APPEARING that Debtor was not eligible for a discharge because she had previously filed a Chapter 7 bankruptcy on March 8, 2006; it is hereby

**ORDERED** that the Order of Discharge in this case is **VACATED**.

Date: _____                           _____
                                             The Honorable Douglas O. Tice, Jr.

                                             Entered on Docket: _____

I ask for this:

/s/ Nnika E. White
Nnika E. White, Esq.
Law Offices of White & Associates, P.C.
9101 Midlothian Turnpike, Suite 800
Richmond, VA  23235
(804) 377-9431

**The Clerk shall mail a copy of the entered Order to the following:**
Xavier Bionaca Whitehead
5311 Troy Road
Richmond, VA  23224

Nnika E. White, Esq.
Law Offices of White & Associates, PLLC
9101 Midlothian Turnpike, Suite 800
Richmond, VA  23235

Carl M. Bates, Chapter 13 Trustee
PO Box 1819
Richmond, VA  23218

Robert B. Van Arsdale, Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

## **Certification**

     I hereby certify that a copy of this foregoing Order was endorsed by all necessary parties, and then mailed electronically via CM/ECF to the Chapter 13 Trustee, US Trustee, and via first-class mail to all creditors on the attached mailing list and all other necessary parties on June 20, 2013.

                                                     /s/ Nnika E. White
                                                     Nnika E. White, Esq.
                                                     Counsel for Debtor

Acs/nellie Mae
501 Bleecker St
Utica, NY 13501

Allied Interstate Inc
435 Ford Rd Ste 800
Minneapolis, MN 55426

Cash-2U Payday Loans 31
6220 Hull Street Road
Richmond, VA 23224

Caudle and Ballato, PC
3123 West Broad Street
Richmond, VA 23230

CBC Collections
PO Box 6220
Charlottesville, VA 22906-6220

CBE Group, Inc
PO Box 2337
Waterloo, IA 50704-2337

Charlot Bur
Pob 6220
Charlottesvill, VA 22911

Check$mart
159 East Belt Boulevard
Richmond, VA 23224

Citimortgage Bankruptcy Depart
P.O. Box 689196
Des Moines, IA 50368

City of Richmond
Dept. of Utilities
730 E. Broad Street, 5th Floor
Richmond, VA  23219

City of Richmond
900 East Broad Street, Rm 103
Richmond, VA 23219

Credit Management
4200 International Pwy
Carrolton, TX 75007

ECMC
Lockbox 8682
P O Box 75848
Saint Paul, MN 55175-0848

HSBC/ORCHARD BK
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197

Jefferson Capital Systems LLC
PO Box 953185
Saint Louis, MO 63195

Nationwide Recovery Sys
2304 Tarpley Drive, #134
Carrollton, TX 75006

NCO Financial Systems
507 Prudential Dr
Horsham, PA 19044

Tidewater Auto Credit
565 Cedar Rd
Chesapeake, VA 23320

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403

Verizon Virginia Inc
500 Technology Dr
Weldon Spring, MO 63304